IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LORI CLEGG-MITCHELL**                                                                **PLAINTIFF**

v.                                    **4:06CV01605-WRW**

**ARKANSAS DEPARTMENT OF
CORRECTION,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE